## MORRILL *v.* WISCONSIN.

ERROR TO THE SUPREME COURT OF THE STATE OF WISCONSIN.

No. 685.   Submitted March 14, 1877. — Decided March 19, 1877.

*Welton* v. *Missouri*, 91 U. S. 275, followed.

Mr. CHIEF JUSTICE WAITE announced the opinion of the court.

The judgment in this case is reversed, upon the authority of *Welton* v. *Missouri*, 91 U. S. 275, which has already been followed by the Supreme Court of Wisconsin in *Van Buren* v. *Downing*, decided since this writ of error was taken and not yet reported.

The cause is remanded with instructions to enter a judgment reversing the judgment of the Circuit Court and directing that court to discharge the defendant from imprisonment and suffer him to depart without day.                                    *Reversed.*

*Mr. J. P. C. Cottrill* for plaintiff in error.

*Mr. I. C. Sloan* for defendant in error.